ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
ERICA J. CHEE
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant*
*Coast Hotel and Casinos, Inc. d/b/a Suncoast Hotel and Casino*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROSALEA DI MARIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COAST HOTEL AND CASINOS, INC. D/B/A SUNCOAST HOTEL AND CASINO; DOES 1 through 10, inclusive; ROES CORPORATIONS/ENTITIES 1 through10, inclusive,<br><br>Defendants. | Case No.  2:16-cv-02999-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant Coast Hotel and Casinos, Inc. d/b/a Suncoast Hotel and Casino ("Defendant"), and Plaintiff Rosalea Di Maria ("Plaintiff"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

Each party is to bear their own fees and costs.

DATED this 16th day of May, 2017.   DATED this 16th day of May, 2017.

THE THATER LAW GROUP, P.C.   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *M. Lani Esteban-Trinidad*   /s/ *Erica J. Chee*

M. Lani Esteban-Trinidad   Anthony L. Martin
Nevada Bar No. 6967   Nevada Bar No. 8177
6390 W. Cheyenne Avenue, Suite A   Erica J. Chee
Las Vegas, NV 89108   Nevada Bar No. 12238
*Attorneys for Plaintiff*   Wells Fargo Tower
*Rosalea Di Maria*   Suite 1500
  3800 Howard Hughes Parkway
  Las Vegas, NV 89169
  *Attorneys for Defendant Coast Hotel and Casinos,*
  *Inc. d/b/a Suncoast Hotel and Casino*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 18, 2017 _____

2